IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-14-M-KLD |
| 700 Turner Street Apartment D, Missoula, Montana 59802 | ORDER |

The warrant in the above-entitled matter having been executed and returned

- together with a copy of the certified inventory of the property seized - to the

undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 10th day of June, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1